# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| RYAN CAMACHO <br><br> PLAINTIFF(S) <br><br> v. <br><br> CALERES, INC. , et al. <br><br> DEFENDANT(S). | 2:22–cv–04319 <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____          ____          ____

Date Filed          Doc. No.          Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: June 28, 2022          By: /s/ *Luz Hernandez, luz_hernandez@cacd.uscourts.gov*
                                        Deputy Clerk